IN THE UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

| | | |
|---|---|---|
| UNITED STATES OF AMERICA, | ) | Case №: 1:19-CR-00267-1-DAD |
| | ) | |
| Plaintiff, | ) | **O R D E R**<br>**APPOINTING COUNSEL** |
| | ) | |
| vs. | ) | |
| | ) | |
| STEVEN MIRANDA, | ) | |
| | ) | |
| Defendant. | ) | |
| _____ | ) | |

The above-named Defendant has, under oath, sworn or affirmed as to his financial

inability to employ counsel or has otherwise satisfied this Court that he is financially unable to

obtain counsel and wishes counsel be appointed to represent him in seeking early termination of

his term of supervised release.  Therefore, in the interests of justice and pursuant to the U.S.

CONST., amend VI and 18 U.S.C. § 3006A,

IT IS HEREBY ORDERED that Melissa B. Baloian be appointed to represent the above

defendant in this case effective *nunc pro tunc* to April 25, 2023.

This appointment shall remain in effect until further order of this court, or until the

pending criminal matter and any direct appeal is resolved, whichever is first.

IT IS SO ORDERED.

Dated:  __May 2, 2023__          ___/s/ Barbara A. McAuliffe___

UNITED STATES MAGISTRATE JUDGE

-1-

1
2
3
4
5
6
7
8
9
10
11
12
13
14
15
16
17
18
19
20
21
22
23
24
25
26
27
28